# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**SCOTT CHRISTOPHER BLES**                                                      **PLAINTIFF**

v.                          **CASE NO. 3:15CV00237 BSM**

**ST. BERNARDS HOSPITAL, INC., et al.**                              **DEFENDANTS**

## ORDER

Plaintiff has filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 11. Accordingly, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of June 2016.

_____
UNITED STATES DISTRICT JUDGE