**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**SCOTT CHRISTOPHER BLES** **PLAINTIFF**

**v.** **CASE NO. 3:15CV00237 BSM**

**ST. BERNARDS HOSPITAL, INC., et al.** **DEFENDANTS**

# JUDGMENT

Consistent with the order entered separately today, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 8th day of June 2016.

Brian S. Miller
UNITED STATES DISTRICT JUDGE